ESTHER J. PALMER, Respondent, *v.* REUBEN G. BREWER
et al., as Executors of ANN E. PALMER, Deceased, et al.,
Defendants, and MARY L. PALMER et al., Appellants.

*Palmer* v. *Brewer*, 151 App. Div. 892, affirmed.
(Argued April 29, 1913; decided May 13, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered May 29, 1912, affirming a judgment in favor of
plaintiff entered upon a verdict in an action under section
2653a of the Code of Civil Procedure, to set aside the
alleged will of Ann E. Palmer, deceased, which had been
previously admitted to probate.

*Carl S. Stern, Frederick C. Pitcher* and *William A.
Woodworth* for appellants.

*John A. Garver, John F. Brennan* and *Clifford C.
Roberts* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BART-
LETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE
GERMAN AMERICAN BANK, Appellant, *v.* LAWSON
PURDY et al., Constituting the Board of Taxes and
Assessments of the City of New York, Respondents.

(Submitted May 5, 1913; decided May 13, 1913.)

Motion for re-argument denied, with ten dollars costs.
(See 207 N. Y. 758.)